SAUL HANOVER, Doing Business as DANUBE ENGINEERING & TRADING CO., Appellant, v. SINCLAIR REFINING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

WILLIAM HODSON, Commissioner of Public Welfare of the City of New York, on Complaint of NORA FINK, Respondent, v. JOSEPH SELIGMAN, Appellant.— Under the circumstances disclosed in the record, a payment of twelve dollars a week by defendant-appellant to the complainant-respondent should be deemed sufficient. Order unanimously modified by reducing the sum of fifteen dollars awarded to the sum of twelve dollars per week, and as so modified affirmed, without costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

In the Matter of a Proposal or Plan for the Readjustment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments Represented by Series CW First Mortgage Participation Certificates Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY.— Upon the facts which appear in the record, the surcharge by the court of the cost of the premiums paid constituted error. Order, so far as appealed from, unanimously reversed, without costs, and the items in question allowed. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRIET CAPALDO, Petitioner, Appellant, v. JAMES R. CAPALDO, Respondent, Impleaded with Another.— Order unanimously affirmed on the ground that respondent, James R. Capaldo, is not one chargeable with the legal duty to support petitioner under subdivision 4 of section 101 of the Domestic Relations Court Act of the City of New York. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ISAAC W. DIGGES, Respondent, v. DAVID A. MUNRO, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted to the extent of striking out the first and second defenses as complete defenses, with leave to the defendant to serve an amended answer within ten days after service of order. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to affirm with leave to the defendant to serve an amended answer.